IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABARAN K. MOHAMMED, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>WARDEN P.D. BRAZELTON, )<br>)<br>Respondent. )<br>_____ ) | No. C 12-3308 RMW (PR)<br><br>ORDER GRANTING MOTION TO ENLARGE TIME TO FILE ANSWER OR DISPOSITIVE MOTION<br><br><br><br>(Docket No. 9) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court issued an order to show cause. (Doc. No. 6.) Respondent has filed a motion to enlarge the time to file an answer or dispositive motion. (Doc. No. 9.) Good cause appearing, respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than March 11, 2013.** If respondent files an answer, petitioner may file a traverse within thirty (30) days thereafter.

Should respondent file a dispositive motion in lieu of an answer, petitioner shall file his opposition within twenty-eight (28) days after the answer is filed. Respondent shall file a reply within fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Granting Motion to Enlarge Time to File Answer
G:\PRO-SE\SJ.Rmw\HC.12\Mohammed308eot-ans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LABARAN K. MOHAMMED,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CA et al,

        Defendant.

Case Number: CV12-03308 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Labaran K Mohammed G58330
PVSP
B3-207-UP
PO BOX 8500
Coalinga, CA 93210

Dated: February 21, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk